Case 1:25-cr-00208-VMC   Document 1   Filed 05/01/25   Page 1 of 1

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY - 1 2025

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIELLE ANDREJCISK | Criminal Information<br><br>No. 1:25-CR-208 |

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about August 9, 2023, through on or about April 24, 2024, in the Northern District of Georgia and elsewhere, the defendant, GABRIELLE ANDREJCISK, knowingly and willfully stole, purloined, and converted to her use a thing of value of the United States exceeding the sum of $1,000, namely, over $62,000 in payments issued by the United States Department of Treasury, on behalf of the Social Security Administration, that were intended for Social Security beneficiaries M.J., W.S., R.G., J.B., and A.H.

All in violation of Title 18, United States Code, Section 641.

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

DIANE C. SCHULMAN
*Special Assistant United States Attorney*
Georgia Bar No. 497764

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181